UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00183-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  NATHAN DANIEL GOMEZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant's Unopposed Motion to Continue Change of Plea Hearing filed June 22, 2011 (ECF No. 13) is **GRANTED**.  The Change of Plea Hearing set for Friday, September 2, 2011, at 9:00 a.m. is **VACATED** and **RESET** to **Monday, September 12, 2011, at 1:30 p.m.** in Courtroom A-1002.

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

    Dated:  June 23, 2011