UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00183-WYD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  NATHAN DANIEL GOMEZ,

   Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

   Due to a scheduling conflict, the Change of Plea Hearing set for Monday, September 12, 2011, at 1:30 p.m. is **VACATED** and **RESET** to **Tuesday, October 11. 2011, at 11:00 a .m.**

   **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

   Dated:  August 31, 2011