UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00183-WYD

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

1.  NATHAN DANIEL GOMEZ,

　　　　Defendant.

## ORDER TO DISMISS

　　　　Upon consideration of the Government's Motion to Dismiss, and for good cause shown, it is hereby

　　　　ORDERED that Government's Motion to Dismiss Counts 2 and 3 of the Indictment (ECF Doc. No. 17), filed October 12, 2011, is **GRANTED.**  It is further

　　　　ORDERED that counts 2 and 3 of the Indictment be dismissed as to the defendant, Nathan Daniel Gomez.

　　　　Dated:  January 10, 2012.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　s/ Wiley Y. Daniel
　　　　　　　　　　　　　　　　　　　　WILEY Y. DANIEL,
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE